2004 OK 65

### In the Matter of the SUSPENSION OF MEMBERS OF the OKLAHOMA BAR ASSOCIATION FOR NONPAYMENT OF 2004 DUES.

#### No. 4930.

Supreme Court of Oklahoma.

July 1, 2004.

### ORDER OF SUSPENSION

This matter comes on before this Court for consideration of the *Recommendation for Suspension for Nonpayment of Dues* submitted by the Board of Governors of the Oklahoma Bar Association, for suspension of members from membership in the Association and from the practice of law in the State of Oklahoma, for failure to pay their dues as members of such Association for the year 2004, as provided by the Rules Creating and Controlling the Oklahoma Bar Association.

The Court having considered said Recommendation finds that the members of the Oklahoma Bar Association, named in the attached Exhibit, should be and are hereby suspended from membership in the Association and from the practice of law in the State of Oklahoma for failure to pay membership dues for the year 2004, as provided by the Rules Creating and Controlling the Oklahoma Bar Association.

ALL JUSTICES CONCUR.

### EXHIBIT A
### MEMBERS RECOMMENDED FOR SUSPENSION
### NON PAYMENT OF DUES 2004

Allen Jude Autrey
PO Box 570993
Tulsa, OK 74157

OBA No. 14980

Barry Weldon Benefield
129 W. Commerce
Oklahoma City, OK 73109

OBA No. 698

Robert Allen Benningfield
4521 E. 5th St.
Tulsa, OK 74112

OBA No. 716

Doyle Edward Blythe
120 NW 6th
Antlers, OK 74523

OBA No. 900

Richard Wayne Bohan
8915 Red Cloud Road
Houston, TX 77064

OBA No. 11229

Alford A. Bratcher
RR 4 Box 224 G
Duncan, OK 73533-9437

OBA No. 13661

Geoffrey Layton Burks
1015 Providence Towers E.
5001 Spring Valley Rd.
Dallas, TX 75244

OBA No. 18664

David M. Casey
1903 W. University Ave
Stillwater, OK 74074

OBA No. 1544

Keith Tulloss Childers
5017 Steanson # E.

OBA No. 1657

Oklahoma City, OK 73112

| | |
|---|---|
| Stephen Ferrell Clifton | OBA No. 13937 |
| PO Box 76014 | |
| Oklahoma City, OK 73147-2014 | |
| | |
| Loeva Jane Martin Cook | OBA No. 1870 |
| 622 New Jersey Ave. | |
| Norfolk, VA 23508 | |
| | |
| Richard E Dixon | OBA No. 2379 |
| PO Box 1468 | |
| Duncan, OK 73534-1468 | |
| | |
| George Warren Flippo | OBA No. 2986 |
| 4131 S. Cincinnati | |
| Tulsa, OK 74105 | |
| | |
| Rene Thomas Goupillaud | OBA No. 3501 |
| 12 Indian Pipe | |
| Dove Canyon, CA 92679-4206 | |
| | |
| Michael Charles Heathco | OBA No. 14580 |
| PO Box 406 | |
| Lawton, OK 73502-0406 | |
| | |
| Eugenia Maria Hernandez | OBA No. 18909 |
| PO Box 2624 | |
| Iowa City, IA 52244 | |
| | |
| William Harvey Hinkle | OBA No. 4229 |
| 1730 W. Virgin Street | |
| Tulsa, OK 74127-2510 | |
| | |
| Brett George Hughes | OBA No. 4462 |
| Apt 2080 | |
| 8218 S. 77th E. Ave. | |
| Tulsa, OK 74133 | |
| | |
| Thomas John Kellish | OBA No. 4925 |
| 2245 Berry Rd. | |
| LaFayette, N.Y. 13084-9415 | |
| | |
| Kimberly D. King-Hopkins | OBA No. 19025 |
| MD 41-3 | |
| One Williams Cntr. | |
| Tulsa, OK 74172 | |
| | |
| Dana Suzanne Little | OBA No. 17309 |
| 154 D St SE | |
| Washington, DC 20003 | |
| | |
| Mark Douglas Mainprize | OBA No. 16268 |
| 23804 E. Tecumseh Ave. | |
| Catoosa, OK 74015 | |
| | |
| Shirley Ann Marzan | OBA No. 17092 |
| 15889 SW 66th Terr. | |
| Miami, FL 33193 | |
| | |
| Gerald Francis Meek | OBA No. 18966 |

PO Box 2961
Fayetteville, NC 28302-2961

Mark L. Miller                         OBA No. 19889
812 S. Indianapolis
Tulsa, OK 74112

Stephen Mark Naslund                   OBA No. 13153
1009 W 10th Ave.
Amarillo, TX 79101-3112

Peter Gregory Pariseau                 OBA No. 14863
PO Box 35827
Tulsa, OK 74153-0827

Robert C. Payden                       OBA No. 6980
717 S. Houston, Ste. 509
Tulsa, OK 74127

Kenneth W. Payne                       OBA No. 6989
6809 NW 29th St.
Bethany, OK 73008

Dormeil Lynette Richardson-McDonald    OBA No. 15451
6920 Colfax Rd.
Cleveland, OH 44104

William David Ridout                   OBA No. 7572
6716 S. St. Louis Ave.
Tulsa, OK 74136

Scott Gerald Robelen                   OBA No. 14016
10925 Fountain Blvd.
Oklahoma City, OK 73170

Melissa Marie Sage                     OBA No. 18458
1317 E. Quebec
McAllen, TX 78503

James Carl Schlecht                    OBA No. 15619
3034 Lacey
Chickasha, OK 73018-7323

Douglas Mirable Smith                  OBA No. 8337
4318 S. Sandusky Ave.
Tulsa, OK 74135

Larry Don Speer                        OBA No. 17142
104 E. Eufaula
Norman, OK 73069

Robert Wayne Stansel                   OBA No. 18607
Tawwater & Slama LLP
211 N. Robinson, Ste 1950
Oklahoma City, OK 73102

James Fredrick Strothman               OBA No. 15849
PO Box 891
Clifton, CO 81520

Jeffery Dane Wagnon                    OBA No. 13609

PO Box 1326
Pawhuska, OK 74056-1326

Joseph David Weinstock      OBA No. 19252
1341 Yale St., # 5
Santa Monica, CA 90404

Laurie Ann Welborn      OBA No. 13538
9806 Pleasant Rd.
Daphne, AL 36526

William F. Westerman      OBA No. 9502
10409 Shepherds Crook Ct.
Potomac, MD 20854